No. 67999.—Acme Pallet Co., Inc. v. United States, protest 60/26097 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of twist wire nails similar in all material respects to those the subject of *Acme Pallet Co., Inc.* v. *United States* (49 Cust. Ct. 154, C.D. 2378), the claim of the plaintiff was sustained.